No. 51007.—Protests 117310–K, etc., of T. Sumida & Co., Ltd., et al. (Honolulu, etc.).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, APRIL 10, 1946

No. 51008.—Protests 118580–K, etc., of Anachemia, Ltd., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51009.—Protests 829172–G, etc., of Akawo & Co., Ltd., et al. (Los Angeles, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, APRIL 10, 1946

No. 51010.—Protest 27704–K of F. W. Woolworth Co. (Seattle).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Joseph Schmidt, Inc.* v. *United States* (9 Cust. Ct. 188, C. D. 690), the merchandise in question was held not subject to countervailing duty.

No. 51011.—Protest 117538–K of Inter-Maritime Forwarding Co., Inc. (New York).

Opinion by EKWALL, J. The case was submitted on the official record including the collector's letter. Said letter conceded that allowance should be granted for the case involved, which was exported from public store. The claim of the plaintiff was therefore sustained.

No. 51012.—Protest 38906–K of Joseph Horne Co. (Philadelphia).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon

on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protest was sustained to this extent.

**No. 51013.**—Protests 56067–K, etc., of Patons & Baldwins, Inc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved. The protests were sustained to this extent.

APRIL 10, 1946

**No. 51014.—**▮▮▮▮▮▮▮▮▮▮▮▮**—**Protests 35743–K, etc., of Haddad & Sons et al. Abstract 50945. Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, APRIL 17, 1946

**No. 51015.**—Protests 111082–K, etc., of Thorens Co. (New York).

Opinion by OLIVER, P. J. It is stipulated that the music boxes are similar in all material respects to those the subject of *Thorens Co.* v. *United States* (15 Cust. Ct. 165, C. D. 965). In accordance therewith the claim at 20 percent under paragraph 1541 (a), as modified by T. D. 48093, was sustained.

**No. 51016.**—Protests 112252–K, etc., of Sprague Manufacturing Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the music boxes are similar in all material respects to those the subject of *Thorens Co.* v. *United States* (15 Cust. Ct. 165, C. D. 965). In accordance therewith the claim at 20 percent under paragraph 1541 (a), as modified by T. D. 48093, was sustained.

**No. 51017.**—Protest 119468–K of F. W. Woolworth Co. (Baltimore).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the harmonicas in question are similar in all material respects to those the subject of Abstract 47811, the claim at 40 percent under paragraph 1541 was sustained.